# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| ALVIN HARVEY | CIVIL ACTION NO. 09-cv-0384 |
| VERSUS | JUDGE HICKS |
| JAMES LEBLANC, ET AL | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' Motion for Summary Judgment [Record Document 24] be and is hereby **GRANTED** and that all claims against all Defendants are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that Plaintiff's motions for injunctive relief, appointment of counsel, appointment of a medical expert, to take video depositions, and for other various forms of relief [Record Documents 13, 32, 33, 34, 35, 36, and 38] be and are hereby **DENIED.**

**THUS DONE AND SIGNED** Shreveport, Louisiana, this 17th day of March, 2010.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE